IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00205-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENNIS DEAN SIEVING,

    Defendant.

---

### MINUTE ORDER[1]

---

The matter is before the court on the government's **Motion To Continue Change of Plea Hearing** [#19] filed November 23, 2011. After careful review of the motion and the file,

**IT IS ORDERED** as follows:

1. That the government's **Motion To Continue Change of Plea Hearing** [#19] filed November 23, 2011, is **GRANTED**;

2. That the Change of Plea Hearing set for November 29, 2011, is **VACATED** and **CONTINUED** pending further order of the court;

3. That the court shall conduct a telephonic setting conference on Thursday, **December 1, 2011, at 10:00 a.m.** to reset the Change of Plea Hearing; and

4. That counsel for the government shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference.

    Dated: November 28, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.